**2008–1652. McCaleb v. Gansheimer.**
In Habeas Corpus. On petition for writ of habeas corpus of Vincent S. McCaleb. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2008–1657. Baldwin v. Beightler.**
In Habeas Corpus. On petition for writ of habeas corpus of Lawrence D. Baldwin. Sua sponte, cause dismissed.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**2007–0234. State ex rel. Fontanella v. Durkin.**
In Prohibition. On motion to vacate order of dismissal and request for oral argument. Motion and request denied.

**2007–1901. State ex rel. Jordan v. Indus. Comm.**
Franklin App. No. 06AP–908, 2007-Ohio-5157. On request for oral argument. Request denied.

**2008–0152. State ex rel. Baker v. Tri–Rivers Educational Computer Assn.**
In Mandamus. On application for dismissal. Application granted. Cause dismissed.

**2008–0754. State ex rel. King v. Welbaum.**
Miami App. No. 2008–CA–1. Sua sponte, the stay of briefing in this cause is lifted. This cause shall be consolidated with 2008–1131, *State v. King*, Miami App. No. 08–CA–02, 2008-Ohio-2594.

Briefing in this cause and 2008–1131 shall be consolidated. Appellant shall file a brief within 40 days from the date the Clerk files the record in 2008–1131. The parties shall file two originals of each of the briefs permitted under S.Ct.Prac.R. VI and include both case numbers on the cover page of the briefs. The parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.

Sua sponte, this cause and 2008–1131 shall be consolidated for oral argument with 2008–0991 and 2008–0992, *Chojnacki v. Rogers*, Warren App. No. CA2008–03–040. Appellants in these causes collectively will share 20 minutes for oral argument, as will appellees.

LANZINGER, J., dissents.

**2008–1001. State v. Givens.**
Clark App. No. 2006 CA 76, 2007-Ohio-4201. On motion for leave to file delayed appeal. Motion denied.

**2008–1329. Delost v. First Energy Corp.**
Mahoning App. No. 07 MA 194, 2008-Ohio-3086. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 10 of the court of appeals' Opinion filed June 17, 2008:

"Does a complaint seeking to prevent the removal of trees and vegetation within an easement owned by the utility company fall within the exclusive jurisdiction of the Public Utilities Commission of Ohio (PUCO) or is it a pure contract case in which jurisdiction lies with the common pleas court?"

O'CONNOR and LANZINGER, JJ., would also hold the cause for the decision in 2008–0708, *Corrigan v. Illuminating Co.*, Cuyahoga App. No. 89402, 175 Ohio App.3d 360, 2008-Ohio-684.

The conflict case is *Corrigan v. Illuminating Co.*, Cuyahoga App. No. 89402, 175 Ohio App.3d 360, 2008-Ohio-684.